**Wanda SIRKO, Individually and as Personal Representative of the Estate of John Andrews, Deceased, Plaintiff-Appellant,**

v.

**TOWN COUNCIL OF CENTREVILLE, Defendant–Appellee,**

and

**Daniel Jay Savage, Defendant.**

**No. 10–2119.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2011.

Decided: June 3, 2011.

Samuel H. Paavola, Paavola and Paavola PA, Annapolis, Maryland, for Appellant. Steven R. Migdal, Buck, Migdal & Myers, Chartered, Annapolis, Maryland, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Sirko appeals the district court's order granting summary judgment in favor of the defendant, Town Council of Centreville, on the underlying wrongful death action. Sirko's complaint alleged that the Town of Centreville was responsible for the death of her father, who was killed in an automobile accident by a driver eluding a police chase. We have reviewed the record on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sirko v. Town Council of Centreville*, No. 1:09–cv–00552–JFM, 2010 WL 3463879 (D.Md. Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*